Action by Michael Caveny against Louis G. Heilberger and Teresa Heilberger, his wife. No opinion. Judgment affirmed on stipulation, with costs.

CENTRAL TRUST CO. OF NEW YORK v. NEW YORK & W. WATER CO. et al. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by the Central Trust Company of New York against the New York & Westchester Water Company and others. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted.

In re CHAPMAN. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) In the matter of the application of Harry B. Chapman for the removal of Jeffrey P. Thomas as committee of Nancy C. Warren, etc. No opinion. Order unanimously affirmed, with costs.

CIPPERLY. Appellant, v. EDDY et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 13, 1902.) Action by Charlotte A. Cipperly against Charles G. Eddy and another.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless appellant, on or before the 1st day of June, 1902, serves printed papers upon respondents, which she may do upon payment of $10 costs of this motion; and, if printed papers are so served, then motion is denied, without costs.

CLARKE, Respondent, v. BROOKLYN UNION EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by John Clarke against the Brooklyn Union Elevated Railroad Company and the Brooklyn Heights Railroad Company. No opinion. Judgment affirmed, with costs.

CLEVELAND, Appellant, v. POMEROY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Hayward Cleveland, as executor, etc., of Charlotte Hayward, deceased, against Mary E. Pomeroy and others. No opinion. Judgment affirmed upon the law and facts, with costs.

CLEVELAND, Appellant, v. POMEROY et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Hayward Cleveland, as executor, etc., against Mary E. Pomeroy and others. No opinion. Motion denied.

COCKS, Respondent, v. BEHM et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Florence H. Cocks, as guardian, etc., against John L. Behm and Theodore B. Willis. No opinion. Judgment affirmed, with costs.

In re COHEN. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) In the matter of the application of Isaac Cohen, etc., for the dissolution of a partnership, etc. No opinion. Appeal dismissed, with $10 costs and disbursements.

COHEN, Respondent, v. THOMSON–HOUSTON INTERNATIONAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Charles Cohen against the Thomson-Houston International Electric Company. No opinion. Motion for leave to appeal to the court of appeals granted, and questions for review to be settled before Mr. Justice WILLIAMS upon five days' notice.

CONTINENTAL TRUST CO. v. BARRETT et al. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by the Continental Trust Company against William Lowrey Barrett and others. No opinion. Motion granted, with $10 costs, unless appellant shall within five days give undertaking to secure costs on appeal.

COPELAND v. BROWN. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Henry C. Copeland against Walston H. Brown, as receiver. No opinion. Motion denied on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

CORNISH, Respondent, v. BROOKLYN UNION PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Harry S. Cornish against the Brooklyn Union Publishing Company. J. W. Johnson, for appellant. J. M. Stearns, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and answer, on payment of costs in this court and in the court below.

COUNTRY CLUB LAND ASS'N v. LOHBAUER. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by the Country Club Land Association against Frederick Lohbauer. No opinion. Motion denied, with $10 costs.

COYNE, Respondent, v. ZEILMANN, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Jane Coyne against John Zeilmann. No opinion. Motion to dismiss appeal granted, with $10 costs and disbursements, unless the appeal is perfected and brought on for argument Friday, June 6, 1902.

CRISFIELD, Appellant, v. OLMS, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Antoinette Crisfield against William Olms. PER CURIAM. Judgment affirmed, with costs. HIRSCHBERG, J., dissents.